NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEPHALON, INC., EAGLE PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS INTERNATIONAL GMBH,**

*Plaintiffs-Appellees*

**v.**

**SLAYBACK PHARMA LLC, FRESENIUS KABI USA, LLC**

*Defendants*

**APOTEX INC., APOTEX CORP., MYLAN LABORATORIES LIMITED,**

*Defendants-Appellants*

---

2020-2134, 2020-2137

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:17-cv-01154-CFC, 1:17-cv-01164-CFC, 1:17-cv-01201-CFC, 1:17-cv-01790-CFC, Judge Colm F. Connolly.

---

**JUDGMENT**

---

DAVID I. BERL, Williams & Connolly LLP, Washington, DC, argued for all plaintiffs-appellees.  Plaintiffs-appellees

Cephalon, Inc., Teva Pharmaceuticals International GmbH also represented by ADAM HARBER, MATTHEW LACHMAN, SHAUN PATRICK MAHAFFY, BEN PICOZZI.

DANIEL BROWN, Latham & Watkins LLP, New York, NY, for plaintiff-appellee Eagle Pharmaceuticals, Inc. Also represented by GABRIEL K. BELL, Washington, DC; KENNETH G. SCHULER, MARC NATHAN ZUBICK, Chicago, IL.

STEVEN ERIC FELDMAN, Hahn Loeser & Parks, LLP, Chicago, IL, argued for defendants-appellants Apotex Inc., Apotex Corp. Also represented by DANIEL RONALD CHERRY, JOHN CRAVERO, SHERRY LEE ROLLO.

NICOLE W. STAFFORD, Wilson, Sonsini, Goodrich & Rosati, Austin, TX, argued for defendant-appellant Mylan Laboratories Limited. Also represented by ADEN M. ALLEN; DENNIS DONALD GREGORY, New York, NY; DAVID S. STEUER, Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 13, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |